BARRON BEVERAGE COMPANY, INC. & others *vs.* ALCOHOLIC BEVERAGES
CONTROL COMMISSION. July 21, 1980. The Alcoholic Beverages Control
Commission (commission) appeals from an order of a single justice desig-
nating the commission as the appellant under Mass.R.A.P. 16(i), 365
Mass. 863 (1974).

The Massachusetts Rules of Appellate Procedure place the burden of
prosecuting an appeal and the initial costs of the appeal on the appellant.
Rule 16(i) provides, as the normal rule of practice, that where both par-
ties appeal the plaintiff in the court below shall be deemed the appellant.
This rule of practice can be varied by agreement of the parties or by the
court. Where, as here, the single justice could conclude that the primary
party appealing the judgment is the defendant, it was proper for the
single justice to designate that party as the appellant. The order of the
single justice is especially appropriate in this action because the plaintiffs,
even if successful on appeal, would not be able to recoup the cost of pre-
paring the record appendix. Massachusetts Rule of Appellate Procedure
26(b), as amended, 378 Mass. 925 (1979), does not permit awarding of
costs against an agency of the Commonwealth. *Broadhurst* v. *Director of
the Div. of Employment Security,* 373 Mass. 720, 721-725 (1977).
                               *Order of the single justice affirmed.*

*Thomas Miller* Assistant Attorney General, for the defendant.
*Mark S. Furman* for the plaintiffs.